# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WILLIE STYLES III,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2205

[April 1, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 502021CF006524AXXX.

Daniel Eisinger, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Luke Robert Napodano, Senior Assistant Attorney General, for appellee.

PER CURIAM.

*Affirmed. See Alexander v. State*, 417 So. 3d 368, 374–75 (Fla. 4th DCA 2025) (holding that inclusion of the amended statutory definition of "female genitals" in a jury instruction for pre-amendment conduct was not fundamental error where the victim testified to penetration of the vagina and the exact anatomical point of penetration was not in dispute).

LEVINE, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***